**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL WABER, derivatively on behalf of Nominal Defendant Motorola, Inc.,<br><br>Plaintiff,<br><br>**vs.**<br><br>DAVID W. DORMAN, GREGORY Q. BROWN, DR. SANJAY K. JHA, WILLIAM R. HAMBRECHT, JUDY C. LEWENT, KEITH A. MEISTER, THOMAS J. MEREDITH, SAMUEL C. SCOTT III, JAMES R. STENGEL, ANTHONY J. VINCIQUERRA, DOUGLAS A. WARNER III, DR. JOHN A. WHITE, EDWARD J. ZANDER,<br><br>Defendants,<br><br>and<br><br>MOTOROLA, INC.,<br><br>Nominal Defendant. | ) | Case No. 1:10-cv-1289<br><br>Hon. William J. Hibbler<br><br>Magistrate Judge Nolan |

**DEFENDANTS' MOTION TO DISMISS**

Defendants David W. Dorman, Gregory Q. Brown, Sanjay K. Jha, William R. Hambrecht, Judy C. Lewent, Keith A. Meister, Thomas J. Meredith, Samuel C. Scott III, James R. Stengel, Anthony J. Vinciquerra, Douglas A. Warner III, and John A. White and nominal defendant Motorola, Inc., by and through their undersigned counsel, hereby move to dismiss plaintiff Michael Waber's purported First Amended Verified Shareholder Derivative Complaint with prejudice pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure. As set forth in further detail in the attached Memorandum in Support of Defendants' Motion to Dismiss, plaintiff's amended complaint should be dismissed for the following reasons:

1. On February 25, 2010, plaintiff, a purported shareholder of Motorola, filed this shareholder derivative action seeking to assert claims on behalf of the company against its Board of Directors.

2. Defendants moved to dismiss plaintiff's initial complaint on June 4, 2010. On July 23, 2010, the day his response was due, plaintiff instead filed a motion for leave to file an amended complaint.

3. On July 28, 2010, this Court granted plaintiff's motion and ordered defendants to file their motion to dismiss plaintiff's amended complaint by August 18, 2010; plaintiff to file his response by September 24, 2010; and defendants to file their reply by October 15, 2010.

4. In his amended complaint, plaintiff alleges that certain Motorola officers made false and misleading statements regarding the company's financial results and prospects in a variety of press and financial releases and conference calls between September 7, 2007 and December 6, 2007. Plaintiff's claims against the directors are premised on allegations that Motorola's Board failed to exercise proper oversight with respect to the executives who made the alleged false and misleading statements.

5. Under Delaware law – which governs this case because Motorola is a Delaware corporation – plaintiff was required to either make a demand on the Board to initiate the lawsuit on Motorola's behalf or establish that such a demand would be futile because the directors could not impartially consider plaintiff's demand. The demand requirement is strictly enforced, and a plaintiff pleading futility must do so with particularity pursuant to Rule 23.1.

6. Plaintiff acknowledges that he made no demand on Motorola's Board, and claims instead that such a demand would be futile.

7. Despite having the opportunity to amend his complaint and adequately plead demand futility, plaintiff has not pled futility with the particularity required by Rule 23.1. Rather, plaintiff's amended complaint, like his initial complaint, relies solely on unsupported, conclusory allegations that the Board is incapable of exercising its business judgment in response to a demand.

WHEREFORE, for the reasons stated herein and in further detail in the attached Memorandum in Support of Defendants' Motion to Dismiss, defendants respectfully request that the Court dismiss the amended complaint with prejudice pursuant to Rules 12(b)(6) and 23.1.

Dated: August 18, 2010

Respectfully submitted,

/s/ Anne M. Sidrys

Robert J. Kopecky
Anne M. Sidrys
Jess M. Krannich
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I, Anne McClain Sidrys, hereby certify that on August 18, 2010, I caused a copy of the foregoing, DEFENDANTS' MOTION TO DISMISS, to be served on all counsel of record via the court's CM/ECF System.


/s/ Anne McClain Sidrys
Anne McClain Sidrys (6209457)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000

*Attorney for Defendants*