aEE

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

MICHAEL WABER
*Plaintiff*
v.
DAVID DORMAN, et al.
*Defendant*

Civil Action No. 10 C 1289

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

X other: defendants' motion to dismiss with prejudice is granted.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

X decided by Judge William J. Hibbler on a motion to dismiss with prejudice.

Date: Feb.23, 2011

Michael W. Dobbins, Clerk of Court

/s/ Jacquelyn H. Collier
Deputy Clerk